FILED
2016 Dec-16 PM 04:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

**OWNERS INSURANCE COMPANY, a stock insurance company incorporated and organized under the laws of the State of Ohio; and AUTO-OWNERS INSURANCE COMPANY, a mutual insurance company incorporated, formed and organized under the laws of the State of Michigan,**

**Plaintiffs,**

**v.**

**GILMER URGENT CARE, LLC, an Alabama Limited Liability Company; LADONNA NEAL, Personal Representative of the Estate of Aleshia Neal, deceased,**

**Defendants.**

**CIVIL ACTION NO.: ________________**

**<u>CORPORATE DISCLOSURE STATEMENT OF PLAINTIFFS OWNERS INSURANCE COMPANY AND AUTO-OWNERS INSURANCE COMPANY</u>**

**COMES NOW**, Plaintiffs, Owners Insurance Company and Auto-Owners Insurance Company, and file their corporate disclosure statement of all parent companies, subsidiaries and affiliates. Owners Insurance Company is a stock insurance company formed and organized under the laws of the State of Ohio with its principal place of business in the State of Michigan. Auto-Owners Insurance Company is a mutual insurance company incorporated, formed, and organized

under the laws of the State of Michigan, having its principal place of business in the State of Michigan. Both Owners Insurance Company and Auto-Owners Insurance Company are members of the Auto-Owners group of insurance companies. Other affiliated companies include Auto-Owners Life Insurance Company, Home-Owners Insurance Company, Property-Owners Insurance Company, and Southern-Owners Insurance Company. None are publically traded companies.

Respectfully submitted this the 16th day of December, 2016.

**JOEL H. PEARSON, ASB-8033-N71J**
***Attorney for Owners Insurance Company and Auto-Owners Insurance Company***

**OF COUNSEL:**
MORROW, ROMINE & PEARSON, P.C.
P.O. Box 4804
Montgomery, Alabama 36103-4804
Telephone: (334) 262-7707
Facsimile: (334) 262-7742
jhpearson@mrplaw.com

I HEREBY CERTIFY THAT A COPY OF THE ABOVE AND FOREGOING PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT WAS SERVED UPON THE FOLLOWING ALONG WITH THE SUMMONS AND COMPLAINT:

**Gilmer Urgent Care, LLC**
**c/o James D. Mills, Agent for Service**
**215 Richard Arrington, Jr. Blvd. N. # 307**
**Birmingham, AL 35203**

**and**

**Gilmer Urgent Care, LLC**
**c/o James D. Mills, Agent for Service**
**P.O. Box 10631**
**Birmingham, AL 35202-631**

**LaDonna Neal**
**1530 Ware Street**
**Anniston, AL 36201**

Dated this the 16th day of December, 2016.

**OF COUNSEL**