FILED
2016 Dec-16 PM 04:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**OWNERS INSURANCE COMPANY**, a stock insurance company incorporated and organized under the laws of the State of Ohio; and **AUTO-OWNERS INSURANCE COMPANY**, a mutual insurance company incorporated, formed and organized under the laws of the State of Michigan,

Plaintiffs,

v.

**GILMER URGENT CARE, LLC**, an Alabama Limited Liability Company; **LADONNA NEAL**, Personal Representative of the Estate of Aleshia Neal, deceased,

Defendants.

**CIVIL ACTION NO.: ________________**

## REQUEST FOR SERVICE BY CERTIFIED MAIL

**COMES NOW**, Plaintiffs Owners Insurance Company and Auto-Owners Insurance Company and request that the following Defendants be served by certified mail, pursuant to Alabama Rules of Civil Procedure 4(i)(2) and Federal Rules of Civil Procedure 4(e)(1), at the following addresses:

**Gilmer Urgent Care, LLC**
**c/o James D. Mills, Agent for Service**
**215 Richard Arrington, Jr. Blvd. N. # 307**
**Birmingham, AL 35203**

**and**

**Gilmer Urgent Care, LLC**
**c/o James D. Mills, Agent for Service**
**P.O. Box 10631**
**Birmingham, AL 35202-631**

**LaDonna Neal**
**1530 Ware Street**
**Anniston, AL 36201**

Respectfully submitted this the 16th day of December, 2016.

**JOEL H. PEARSON, ASB-8033-N71J**
***Attorney for Owners Insurance Company and Auto-Owners Insurance Company***

**OF COUNSEL:**
MORROW, ROMINE & PEARSON, P.C.
P.O. Box 4804
Montgomery, Alabama 36103-4804
Telephone: (334) 262-7707
Facsimile: (334) 262-7742
jhpearson@mrplaw.com